**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHIUCHI ALEXANDER YU and SIUYUK PAK | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : **Case No.: 2:19-cv-17623-KSH-CLW** |
| | : |
| CATHAY HOME INC.; STEVEN QIAN; and JAIMY YANG; and LIWEI FANG | : **CIVIL ACTION** |
| | : |
| Defendants. | : |
| CATHAY HOME INC. | : **STIPULATION OF DISMISSAL** |
| | : |
| Third-Party Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GO SERVICE MANAGEMENT LLC, | : |
| | : |
| Third-Party Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterclaim Defendants/Third Party Defendant and Defendants/Third Party Plaintiff, by their respective counsel, that all claims that were or could have been brought in the above-captioned action by and between Plaintiffs/Counterclaim Defendants/Third Party Defendant and Defendants/Third Party Plaintiff, their agents, servants, and employees are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

By: /s/ Heng Wang
Heng Wang, Esquire
heng.wang@wanggaolaw.com
Jacob Tebele, Esquire
jacob.tebele@wanggaolaw.com
Wang, Gao & Associates, P.C.
36 Bridge Street
Metuchen, NJ 08840
Tel:  (732) 767-3020
Fax: (732) 352-1419
Attorneys for Plaintiffs/Counterclaim Defendants/Third Party Defendant
Dated: August 14, 2020


By: /s/ Robert M. Marshall
Robert M. Marshall, Esquire
rmarshall@mqlaw.net email
Robert M. Marshall, L.L.C.
155 Willowbrook Blvd.
Wayne, NJ 07470
Tel: (973) 812-4499
Fax: (973) 812-4489
Attorneys for Defendants/Third-Party Plaintiff
Dated: August 14, 2020