UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIUCHI ALEXANDER YU and SIUYUK PAK <br><br> Plaintiffs, <br><br> v. <br><br> CATHAY HOME INC.; STEVEN QIAN; and JAIMY YANG; and LIWEI FANG <br><br> Defendants. | Case No.: 2:19-cv-17623-KSH-CLW <br><br> CIVIL ACTION |
| CATHAY HOME INC. <br><br> Third-Party Plaintiff, <br><br> v. <br><br> GO SERVICE MANAGEMENT LLC, <br><br> Third-Party Defendant. | STIPULATION OF DISMISSAL |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterclaim Defendants/Third Party Defendant and Defendants/Third Party Plaintiff, by their respective counsel, that all claims that were or could have been brought in the above-captioned action by and between Plaintiffs/Counterclaim Defendants/Third Party Defendant and Defendants/Third Party Plaintiff, their agents, servants, and employees are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

SO ORDERED
HON. KATHARINE S. HAYDEN, U.S.D.J.

_____
AUGUST __, 2020

-1-